APRIL 4, 1992

No. A–735. LEWIS, DIRECTOR OF CORRECTIONS OF ARIZONA, ET AL. *v.* HARDING. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order

staying the execution entered by the United States Court of Appeals for the Ninth Circuit on April 2, 1992, is vacated. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.